

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00564-CV

**Kay Stein**

v.

**Gerarda Elizabeth Duenas**

NO. 375064 IN THE COUNTY COURT AT LAW NO 10 OF BEXAR COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $0.00 | 08/10/2015 | UNKNOWN | UNK |
| MT FEE | $10.00 | 01/12/2015 | E-PAID | APE |
| MT FEE | $10.00 | 12/09/2014 | E-PAID | APE |
| MT FEE | $10.00 | 10/14/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/08/2014 | E-PAID | ANT |
| RPT RECORD | $1,491.17 | 07/21/2014 | PAID | ANT |
| TRANSFER | $20.00 | 06/24/2014 | TRANSFER | ANT |
| TRANSFER | $50.00 | 06/24/2014 | TRANSFER | ANT |
| TRANSFER | $100.00 | 06/24/2014 | TRANSFER | ANT |
| TRANSFER | $25.00 | 06/24/2014 | TRANSFER | ANT |
| CLK RECORD | $393.00 | 06/08/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $2,119.17.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this October 23, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT